**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **VALMORE WOOLFORD, JR.,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 4:04CV542-DJS |
| ) | |
| **DAVE DORMIRE,** ) | |
| ) | |
| Respondent. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #20] is accepted and adopted.

Dated this  26th  day of July, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE